THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00147-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>STEVEN VINCENT THOMAS WHITE, )<br>)<br>Defendant. )<br>_____ )<br>)<br>IN RE: PETITION OF )<br>GARRETT DALE HATCH. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 33].

On August 5, 2019, the Court entered an Order identifying a number of deficiencies in the Petition filed by Garrett Dale Hatch and directing Mr. Hatch to file an amended petition within thirty (30) days. [Doc. 36]. The Court specifically advised Mr. Hatch that "failure to file an amended petition within the time required will result in the dismissal of his petition." [Id. at 5].

More than thirty (30) days have now passed, and despite efforts by the Court to mail all notices and Orders to Mr. Hatch at the address that he has

filed with the Court, but such mailings have been returned as undeliverable. In addition, the Government has attempted to contact Mr. Hatch by mailing him copies of such documents and by trying to reach him by telephone to advise him of the Court's August 5, 2019 Order [see Doc. 39]. Nonetheless, Mr. Hatch has failed to file an amended petition as instructed. Accordingly, the Court will dismiss his Petition.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 33] is **GRANTED**, and the Petition filed by Garrett Dale Hatch is hereby **DISMISSED**.

The Clerk of Court is directed to provide copies of this Order to counsel for the Government and the *pro se* Petitioner Garrett Dale Hatch.

**IT IS SO ORDERED**.

Signed: September 9, 2019

Martin Reidinger
United States District Judge